# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Penske Truck Leasing Co., L.P., <br><br> Plaintiff, <br><br> v. <br><br> I-10 Towing and Recovery, Inc. <br><br> Defendants. | Case No. EDCV 18-2547 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Default Judgement is GRANTED.  Thus, the Court:

(1)  ORDERS Defendant I-10 to immediately transfer possession of the trucks to Penske

(2)  ORDERS the Clerk to immediately issue writs of possession for the trucks to Penske;

(3) DECLARES that Penske is the rightful owner of the trucks and that I-10's possession of the trucks is wrongful;

(4) AWARDS incidental damages in the amount of $79,416; and

(5) AWARDS $4,776.64 in fees and $400 in costs pursuant to Local Rule 55-3;

Dated: March 11, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge